**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

UNITED STATES OF AMERICA,
         Plaintiff,

vs.

AMEER J. KIANI,
         Defendant.

_____/

File No. 15-20097
Hon. Thomas L. Ludington
Mag. Patricia T. Morris

UNITED STATES ATTORNEY'S OFFICE
BY: ANTHONY VANCE, P61148
Assistant United States Attorney
101 First Street, Suite 200
Bay City, Michigan    48708
(989) 895-5712

ROBERT J. DUNN (P33726)
Attorney for Defendant
1020 N. Johnson Street
Bay City, Michigan  48708
989-894-1110

_____/

**AMENDED**
**DEFENDANT'S MOTION AND BRIEF IN**
**SUPPORT SEEKING A HEARING REGARDING**
**RELEASE FROM HOSPITALIZATION BASED ON NEWLY**
**DISCOVERED AVAILABILITY OF A MICHIGAN TREATMENT FACILITY**

NOW COMES the Defendant, AMEER J. KIANI, by and through his Attorney, ROBERT J. DUNN, and for his motion respectfully states as follows:

1.      That this Court found in its July 26, 2017 Order that the Federal Medical Center and Risk Assessment Panel Report for 2017 that Mr. Kiani had recovered sufficiently to be released pursuant to a conditional release plan but did not submit such a plan. The Court ordered that a release plan be put together by the government.

2.      That an Independent Examiner, Dr. Shapse, also found that Mr. Kiani is safe to be released and that report was submitted to the Court.

3.      That in April, 2018, Mr. Kiani remains confined to a hospital in a Massachusetts hospital with little or no treatment offered because none is really needed.

4.      That a facility in Cheboygan County, Michigan, close to his family's home, called Whispering Pines is a state certified treatment facility and Mr. Kiani's medical and SSI benefits would be available.  (See attached).

WHEREFORE, Defendant respectfully prays for a hearing on this matter and an order directing the government to investigate this placement.

Respectfully submitted,

DATED: May 15, 2018                       s/Robert J. Dunn
                                          ROBERT J. DUNN (P33726)
                                          Attorney for Defendant
                                          1020 N. Johnson Street
                                          Bay City, Michigan  48708
                                          (989) 989-894-1110
                                          rjdunn928@yahoo.com

## CERTIFICATE OF SERVICE AND FILING

I hereby certify that this Defendant's AMENDED Motion And Brief In Support Seeking A Hearing Regarding Release From Hospitalization Based On Newly Discovered Availability Of A Michigan Treatment Facility was electronically filed on this date, and electronically served to all parties of the case and also mailed by U.S. First Class Mail to the Defendant.

Dated:    May 15, 2018                     s/Cynthia L. Eigner
                                           Legal Assistant to Robert J. Dunn
                                           1020 N. Johnson Street
                                           Bay City, Michigan  48708
                                           (989) 894-1110
                                           rjdunn928@yahoo.com

To whom it may concern,

Whispering Pines 2, AFC, LLC would be willing to reconsider Ameer Kiani as a resident if he were moved to Michigan, but only under the conditions that he is set up through CMH, has a guardian, social security, contract payment, and we had a bed available. Whispering Pines 2 can not hold a bed for Ameer Kiani at this point.

If you have any questions or concerns you can contact Steven and/or Dorthy Wilson at

Home# 231-238-9715

Cell# 231-420-9590


Thank you and have a great day.